UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALEJANDRA C. PEREZ VASQUEZ,

                          Plaintiff,                      22-CV-04615 (SN)

      -against-                              **ORDER**

EUGENE H. HASIWAR,

                          Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On October 14, 2022, the Court ordered the parties to file a joint letter about the status of discovery by December 12, 2022. As no such filing has been made, the parties are ordered to file this letter by Tuesday, December 20, 2022.

**SO ORDERED.**

                                                                       SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:      New York, New York
                 December 15, 2022