UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ALEJANDRA C. PEREZ VASQUEZ,

                Plaintiff,

      -against-

EUGENE H. HASIWAR, et al.,

                Defendants.
-------------------------------------------------------------X

22-CV-4615(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      The parties are ordered to file a joint letter updating the court on the status of discovery by no later than February 21, 2023. In light of the Court's busy calendar, the parties are reminded that settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. As soon as practicable, the parties are directed to contact Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov, to schedule a settlement conference for a time when they believe it would be productive.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    January 23, 2023
                 New York, New York