UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALEJANDRA C. PEREZ VASQUEZ,

                              **Plaintiff,**

              -against-

EUGENE H. HASIWAR,

                            **Defendant.**

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 10/27/2023 __

22-CV-04615 (SN)

ORDER OF DISMISSAL

**SARAH NETBURN, United States Magistrate Judge:**

      The parties have advised the Court that they have reached a settlement on all issues.

Accordingly, all deadlines are adjourned, and the case is dismissed with prejudice, provided,

however, that within 30 days of the date of this Order, counsel may apply by letter to restore this

action to the Court's calendar.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     New York, New York
             October 27, 2023